IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William E. Hustad,<br><br>    Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Co.,<br><br>    Defendant. | No. 12-CV-782-TUC-RCC<br><br>**ORDER** |

Pursuant to Plaintiff's Notice of Dismissal (Doc. 6),

**IT IS ORDERED** that the above-captioned matter is **dismissed with prejudice** pursuant to Rule 41(a), Fed.R.Civ.P. and the Clerk shall close its file in this matter.

DATED this 5th day of November, 2012.

_____
Raner C. Collins
United States District Judge